**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LANTERN PRESS, LLC,

Plaintiff,

Case No.: 1:26-cv-13164

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE “A”,

Defendants.

**NOTIFICATION OF AFFILIATES**

The undersigned counsel for Plaintiff certifies the following:

Under Fed. R. Civ. P. 7.1 and N.D. Ill. Local Rule 3.2, LANTERN PRESS, LLC discloses that it is a wholly owned subsidiary of Lantern Press Holdings, Inc., which holds 100% of LANTERN PRESS, LLC’s stock.

DATED: October 26, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***