**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LANTERN PRESS, LLC., | |
| Plaintiff, | Case No.: 1:26-cv-13164 |
| v. | Judge Virginia M. Kendall |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeannice W. Appenteng |
| Defendants. | |

**DECLARATION OF AARON MORRIS**

I, AARON MORRIS, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the CEO and founder of Lantern Press, LLC. ("Lantern Press"), and one of the artists that creates the Lantern Press Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. Founded in 2007, Lantern Press is a publisher and manufacturer of travel-inspired art, gifts, and keepsakes. Inspired by the tradition of hand-drawn vintage travel posters, the company creates illustrated artwork featuring travel destinations, landmarks, and regional themes designed to celebrate places and local culture. Lantern Press pairs its original artwork with high-quality products, many of which are manufactured in the United States. The company distributes its artwork through a wide range of keepsake and souvenir

products and has established itself as a recognized brand in the travel and gift industry through its distinctive vintage-inspired artistic style.

4. Lantern Press is the official source of products associated with the Lantern Press Works (the "Lantern Press Products"):




https://lanternpress.com/collections/metal-signs

5. Lantern Press is the owner of the copyright registrations for the Lantern Press copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-476-737; VA 2-476-763; VA 2-476-745; VA 2-476-747; and VA 2-476-738 (the "Lantern Press Works"). True and correct copies of the copyright registrations for the Lantern Press Works are attached hereto as **Exhibit 1**.

6. Lantern Press controls the quality of all materials and content that feature the distinctive Lantern Press Works.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Lantern Press Works. As a result, the images are widely recognized and exclusively associated by consumers, the public, and the trade with Lantern Press.

8. The success of the Lantern Press Works has resulted in significant infringement of the copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Lantern Press Works to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Lantern Press Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Lantern Press Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Lantern Press Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with Lantern Press and do not have the right or authority to use the copyrights for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2.**

10. Monetary damages alone cannot adequately compensate Lantern Press for the ongoing infringement because monetary damages fail to address the loss of control of and damage to its reputation, goodwill, and control over the nature of the derivative works made using the copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to its reputation and goodwill by acts of infringement.

11. Lantern Press's goodwill and reputation are irreparably damaged when the Lantern Press Works are used on unauthorized goods. It is further irreparably harmed by the unauthorized use of the Lantern Press copyrighted materials because infringers take away Lantern Press's ability to control the nature and quality of products bearing the Lantern Press Works and derivative works.

12. Lantern Press is further irreparably damaged due to a loss of exclusivity. The copyright rights in the Lantern Press Works are meant to be exclusive rights.

13. The marketing and distribution of the Lantern Press Works and derivative works are aimed at growing and sustaining sales. When infringers use the Lantern Press Works without authorization, the exclusivity associated with the Lantern Press Works, as well as Lantern Press's reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Lantern Press Works create the impression that the copyright rights associated with the Lantern Press Works may be infringed with impunity. The Lantern Press Works are distinctive and signify to consumers that the products are authorized by Lantern Press and are manufactured to its high-quality standards. When infringers use the Lantern Press Works on goods without authorization,

the exclusivity of Lantern Press products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Lantern Press Works cannot be compensated for financially since it erodes its ability to monetize the Lantern Press Works.

15. Lantern Press will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2026.

Aaron Morris

Aaron Morris