# Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-737**
**Effective Date of Registration:**
October 28, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Rocky Mountain National Park, Colorado - Home of Bigfoot

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 03, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Lantern Press
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lantern Press
4225 2nd Ave. South, Seattle, WA, 98134, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC
**Name:** Matt Appelman
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** October 28, 2025

**Applicant's Tracking Number:** LP2025102807


Remember, This Forest Is the Home of
BIGFOOT
ROCKY MOUNTAIN NATIONAL PARK

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-763**
**Effective Date of Registration:**
October 28, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** German Shepherd - Retro Coffee Ad - Lantern Press Artwork

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 09, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Lantern Press
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lantern Press
4225 2nd Ave. South, Seattle, WA, 98134, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC
**Name:** Matt Appelman
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** October 28, 2025

**Applicant's Tracking Number:** LP2025102803


Achtung Kaffee
BE ALERT AS A
GERMAN
SHEPHERD
A!

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-476-745**

**Effective Date of Registration:**
October 28, 2025

**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Key West, Florida - Key Lime Pie Vintage Sign

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** May 19, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Lantern Press
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lantern Press
4225 2nd Ave. South, Seattle, WA, 98134, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC
**Name:** Matt Appelman
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** October 28, 2025

**Applicant's Tracking Number:** LP2025102805


KEY WEST
KITCHEN
Florida's
Finest
KEY LIME PIE
5¢ a slice
BAKED FRESH DAILY

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-747**
**Effective Date of Registration:**
October 28, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Grand Canyon National Park, Arizona - Mather Point

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** March 15, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Lantern Press
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lantern Press
4225 2nd Ave. South, Seattle, WA, 98134, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC
**Name:** Matt Appelman
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** October 28, 2025

**Applicant's Tracking Number:** LP2025102804


GRAND CANYON
NATIONAL PARK
MATHER POINT

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-738**
**Effective Date of Registration:**
October 28, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Monterey Bay, California - Mermaid

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 04, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Lantern Press
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lantern Press
4225 2nd Ave. South, Seattle, WA, 98134, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC
**Name:** Matt Appelman
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** October 28, 2025

**Applicant's Tracking Number:** LP2025102806


MONTEREY BAY
CALIFORNIA