**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LANTERN PRESS, LLC.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-13164

Judge Virginia M. Kendall

Magistrate Judge Jeannice W. Appenteng

# NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, November 3, 2026, at 9:30 a.m., Plaintiff, by Plaintiff's counsel, shall appear in person, before the Honorable Judge Virginia M. Kendall of the U.S. District Court for the Northern District of Illinois and present Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and Leave to Provide Notice of Further Proceedings by Electronic Means under Rule 65(a)(1), Motion for Leave to File Under Seal, and Motion to Exceed Page Limitation.

DATED: October 27, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 27, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt