AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:26-cv-13164 | DATE FILED<br>10/26/2026 | United States District Court of Northern Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Lantern Press, LLC. | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See attached. | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas Bruton | C. Kellens | 10/27/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-737**
**Effective Date of Registration:**
October 28, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Rocky Mountain National Park, Colorado - Home of Bigfoot

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 03, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Lantern Press
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lantern Press
4225 2nd Ave. South, Seattle, WA, 98134, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC
**Name:** Matt Appelman
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** October 28, 2025

**Applicant's Tracking Number:** LP2025102807


Remember, This Forest Is the Home of
BIGFOOT
ROCKY MOUNTAIN NATIONAL PARK

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-763**
**Effective Date of Registration:**
October 28, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** German Shepherd - Retro Coffee Ad - Lantern Press Artwork

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 09, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Lantern Press
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lantern Press
4225 2nd Ave. South, Seattle, WA, 98134, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC
**Name:** Matt Appelman
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** October 28, 2025

**Applicant's Tracking Number:** LP2025102803


Achtung Kaffee
BE ALERT AS A GERMAN SHEPHERD
A!

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-476-745**

**Effective Date of Registration:**
October 28, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Key West, Florida - Key Lime Pie Vintage Sign

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** May 19, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Lantern Press
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lantern Press
4225 2nd Ave. South, Seattle, WA, 98134, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC
**Name:** Matt Appelman
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** October 28, 2025

**Applicant's Tracking Number:** LP2025102805


KEY WEST
KITCHEN
Florida's
Finest
KEY LIME PIE
5¢ a slice
BAKED FRESH DAILY

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-747**
**Effective Date of Registration:**
October 28, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Grand Canyon National Park, Arizona - Mather Point

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** March 15, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Lantern Press
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lantern Press
4225 2nd Ave. South, Seattle, WA, 98134, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC
**Name:** Matt Appelman
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** October 28, 2025

**Applicant's Tracking Number:** LP2025102804


GRAND CANYON
NATIONAL PARK
MATHER POINT

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-738**
**Effective Date of Registration:**
October 28, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Monterey Bay, California - Mermaid

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 04, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Lantern Press
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lantern Press
4225 2nd Ave. South, Seattle, WA, 98134, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC
**Name:** Matt Appelman
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** October 28, 2025

**Applicant's Tracking Number:** LP2025102806


MONTEREY BAY
CALIFORNIA