**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LANTERN PRESS, LLC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-13164

Judge Virginia M. Kendall

Magistrate Judge Jeannice W. Appenteng

**PLAINTIFF'S MOTION TO WITHDRAW MOTIONS [12-14]**

Plaintiff, LANTERN PRESS, LLC ("Plaintiff"), respectfully moves to withdraw her pending motions for an *ex parte* temporary restraining order and a prejudgment asset restraint under Fed. R. Civ. P. 65, as reflected in Docket Nos. 12–14.

Plaintiff intends to pursue narrowly tailored, expedited discovery to identify and locate defendants, which remains necessary to protect her rights through the adversarial process.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this motion to withdraw the pending motion [12]–[14] for an *ex parte* temporary restraining order and a prejudgment asset restraint, and allow Plaintiff to proceed with the alternative measures described above.

DATED: November 18, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***