Exhibit 1

## 001 caiming3333

3/31/26, 3:20 PM Amazon.com: Halloween Metal Tin Sign Camping and Big-Foot I Party with Sasquatch Signs Home Bar Pub Garage Garden Decor…

amazon Deliver to oO Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Big Spring Sale | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Music | Books | Audible | Household, Health & Baby Care | Pet Supplies

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon business Support women-owned businesses ▸

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Halloween Metal Tin Sign Camping and Big-Foot I Party with Sasquatch Signs Home Bar Pub Garage Garden Decor Gifts 8x12 in Christmas Wall Decor

Brand: DJAFBUJA

Search this page

$6.80

Get $10 off instantly: Pay $0.00 ~~$6.80~~ upon approval for the Amazon Store Card. No annual fee.

Report an issue with this product or seller

**Similar item with fast delivery**

MeowPrint Bigfoot Doesn't Believe in You Either Vintage Metal funny bar Signs 12 x 8in (6) $9.99 prime

Pay-per-visit telehealth
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$6.80 Price history

$5.19 delivery April 13 - 22. Details

Deliver to oO - Chicago 60604

Only 10 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: caiming3333

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to Auto Buy

Add to List

Ask Rufus

Can it be hung outdoors? | What material is it made of? | Is it weatherproof? | Ask something else

3/31/26, 3:21 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

Special Offer
[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime

**Arriving Apr 13, 2026 - Apr 22, 2026**

Halloween Metal Tin Sign Camping and Big-Foot I Party with Sasquatch Signs Home Bar Pub Garage Garden Decor Gifts 8x12 in Christmas Wall Decor
$6.80
Ships from caiming3333
Sold by caiming3333

Gift options not available

Monday, Apr 13 - Wednesday, Apr 22
$5.19 - Delivery

Place your order **Order total: $12.69**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order

By placing your o… use.

Items:
Shipping & hand…
Estimated tax to…
Order total

**VA 2-476-737**



# Order Summary

Order placed May 7, 2026 | Order # 114-1013355-5332246

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.99 |
| Shipping & Handling: | $5.14 |
| Total before tax: | $12.13 |
| Estimated tax to be collected: | $0.72 |
| **Grand Total:** | **$12.85** |

## Arriving May 19 - May 29




Halloween Metal Tin Sign Camping and Big-Foot I Party with Sasquatch Signs Home Bar Pub Garage Garden Decor Gifts 8x12 in Christmas Wall Decor

Sold by: caiming3333

Supplied by: Other

$6.99

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

## 002 guangxiyufengzhongtonghuanbaokejiyouxianzerengongsi

5/8/26, 9:07 AM Amazon.com: Halloween Metal Tin Sign Camping and Big-Foot I Party with Sasquatch Signs Home Bar Pub Garage Garden Decor ...

amazon Deliver to O Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Prime Video | Amazon Basics | Groceries | Buy Again | Keep Shopping For | LIVE NOW

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Ask Rufus

What themes does it feature? | Can it be hung outdoors? | Is it weatherproof? | Why you might like this | Compare with similar | Ask something else

### Halloween Metal Tin Sign Camping and Big-Foot I Party with Sasquatch Signs Home Bar Pub Garage Garden Decor Gifts 8x12 in Christmas Wall Decor

Brand: OZGDYEJ

Search this page

$6.88

Thank you for being an Amazon customer. Get a $50 Amazon Gift Card upon approval for Amazon Visa.

| | |
|---|---|
| Color | Retro-Style |
| Brand | OZGDYEJ |
| Material | Metal |
| Product Dimensions | 12"L x 8"W |
| Shape | Rectangular |

**About this item**

- Premium Metal Sign: This vintage metal sign is made of high-quality tinplate, which is durable and rust-resistant. It has a smooth surface and a retro design, making it an eye-catching decor for your home or office.
- Easy to Hang: The sign comes with pre-drilled holes and a sturdy backplate, making it easy to hang on any wall. No additional hardware is required.
- Versatile Display: Can be displayed on any wall in your man cave, garage, bedroom, living room, or any other space. It is perfect for creating a vintage or rustic atmosphere.
- Perfect Gift: This gift is great for friends, family, or anyone who loves vintage decor. It is a unique and memorable gift that will be cherished for years to come.
- Satisfaction Guarantee: We are committed to providing our customers with high-quality products and excellent customer service. If you have any questions or concerns about this retro tin sign, please contact us, and we will do our best to resolve your issue.

See more product details

Report an issue with this product or seller

$6.88 Price history

$5.12 delivery May 19 - 29. Details

Deliver to O - Chicago 60604

Only 3 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: guangxiyufengzhongtonghuanbaokejiyouxianzereng...

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to Auto Buy

Add to List

5/8/26, 9:08 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**O, we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving May 19, 2026 - May 29, 2026**



Halloween Metal Tin Sign Camping and Big-Foot I Party with Sasquatch Signs Home Bar Pub Garage Garden Decor Gifts 8x12 in Christmas Wall Decor

**$6.88**

Ships from guangxiyufengzhongtonghuanbaokejiyouxianzerengongsi

Sold by guangxiyufengzhongtonghuanbaokejiyouxianzerengongsi

1

Gift options not available

Tuesday, May 19 - Friday, May 29

$5.12 - Delivery

Congratulations O, you are eligible for 30 days of Prime for $0!

Try Prime free

By placing ... conditions

Items:

Shipping ...

Estimated ...

Order ...

**VA 2-476-737**



# Order Summary

Order placed May 8, 2026 | Order # 114-4979216-5884234

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.88 |
| Shipping & Handling: | $5.12 |
| Total before tax: | $12.00 |
| Estimated tax to be collected: | $0.71 |
| **Grand Total:** | **$12.71** |

## Arriving May 20 - June 1




Halloween Metal Tin Sign Camping and Big-Foot I Party with Sasquatch Signs Home Bar Pub Garage Garden Decor Gifts 8x12 in Christmas Wall Decor

Sold by: guangxiyufengzhongtonghuanbaokejiyouxianzerengongsi

Supplied by: Other

$6.88

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

003 wangjiayukuajing

3/31/26, 3:26 PM Amazon.com: Retro Metal Tin Sign,Camping and Bigfoot I Party with Sasquatch Home Bar Shop Decorations Coffee Vintage Sign ...




3/31/26, 3:28 PM Place Your Order - Amazon Checkout




VA 2-476-737



# Order Summary

Order placed May 8, 2026 | Order # 114-1118189-9720257

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $11.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $11.99 |
| Estimated tax to be collected: | $1.23 |
| **Grand Total:** | **$13.22** |

## Arriving Monday




Retro Metal Tin Sign,Camping and Bigfoot I Party with Sasquatch Home Bar Shop Decorations Coffee Vintage Sign Gift 8X12 Inch

Sold by: wangjiayukuajing

Supplied by: Other

$11.99

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

004 taizhoushihuangyanyinggaosumoyouxiangongsi

15/04/2026, 20:45 Amazon.com: Interesting Metal Sign Camping And Bigfoot I Party With Sasquatch Poster Wall Art For Room Home Coffee Bar De...

amazon Deliver to Oo-Oo Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, Oo-Oo Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | 3 Hour Delivery | Amazon Haul | Medical Care | Buy Again | Audible | Pet Supplies | Beauty & Personal Care | Browsing History | Handmade | Household, Health & Baby Care

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Find products with sustainability features

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Interesting Metal Sign Camping And Bigfoot I Party With Sasquatch Poster Wall Art For Room Home Coffee Bar Decor 8x12 inches

Brand: SGCUWS
Search this page

$9.99
Price history

Thank you for being an Amazon customer. Get $50 off: Pay $0.00 $9.99 upon approval for Amazon Visa.

- [Size] 8" x 12" (20 x 30 cm). These aluminum signs are made from high-quality metal. These eye-catching signs are durable, non-toxic, and won't rust or fade. They're also eco-friendly and recyclable.
- [High-Precision Full-Color UV Printing Technology] High-definition images can be printed directly onto the aluminum surface with exceptional color reproduction. This allows for the precise creation of intricate patterns, gradient effects, and even photo-realistic imagery, completely breaking the limitations of traditional aluminum artwork, which often features monotonous or stereotyped color schemes.
- [Lightweight and Easy to Install] This product is crafted from durable aluminum and features an ultra-lightweight design. Pre-drilled holes in all four corners allow for easy mounting to walls, doors, or fences using nails or double-sided tape.
- [Waterproof and Rust-Resistant, Ultra-Durable] This product is crafted from high-quality aluminum, which naturally develops a protective oxide coating to effectively prevent rust. The reinforced waterproof seal ensures exceptional durability, even in humid environments like bathrooms and outdoors.
- [Easy to Clean, Long-Lasting Beauty] Made from high-quality, stain-resistant aluminum, the surface only requires an occasional wipe to maintain its pristine appearance. Its advanced oxidation technology creates a self-

$9.99
$4.99 delivery April 28 - May 7. Details
Or fastest delivery April 20 - 22. Details
Deliver to Oo-Oo - Chicago 60604
In Stock
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: taizhoushihuangyanyinggaosumoyouxiangongsi
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Add to Auto Buy
Add to List

15/04/2026, 20:46 Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to Oo-Oo** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Visa** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

Special Offer
Oo-Oo, we're giving you a 7-day trial of Prime for only $1.99
Free delivery, award-winning TV, exclusive deals, and more
Join Prime

**Arriving Apr 28, 2026 - May 7, 2026**

Interesting Metal Sign Camping And Bigfoot I Party With Sasquatch Poster Wall Art For Room Home Coffee Bar Decor 8x12 inches
$9.99
Ships from taizhoushihuangyanyinggaosumoyouxiangongsi
Sold by taizhoushihuangyanyinggaosumoyouxiangongsi
1
Gift options not available

Tuesday, Apr 28 - Thursday, May 7
$4.99 - Delivery
Monday, Apr 20 - Wednesday, Apr 22
$17.99 - Delivery

Oo-Oo, enjoy a 7-day trial of Prime for only $1.99!
Join Prime

By placing y...
Items
Shipping &...
Estimated t...
Order t...

**VA 2-476-737**



# Order Summary

Order placed May 8, 2026 | Order # 114-6273951-8027456

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $9.99 |
| Estimated tax to be collected: | $1.02 |
| **Grand Total:** | **$11.01** |

## Arriving May 21 - May 29




Interesting Metal Sign Camping And Bigfoot I Party With Sasquatch Poster Wall Art For Room Home Coffee Bar Decor 8x12 inches

Sold by: taizhoushihuangyanyinggaosumoyouxiangongsi

Supplied by: Other

$9.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

005 尔梦贸易

5/8/26, 8:43 AM Amazon.com: Retro Metal Tin Sign,Camping and Bigfoot I Party with Sasquatch Home Bar Shop Decorations Coffee Vintage Sign Gi...




5/8/26, 8:44 AM Place Your Order - Amazon Checkout




VA 2-476-737



# Order Summary

Order placed May 8, 2026 | Order # 113-2614969-4578642

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.96 |
| Shipping & Handling: | $5.09 |
| Total before tax: | $12.05 |
| Estimated tax to be collected: | $0.71 |
| **Grand Total:** | **$12.76** |

## Arriving May 27 - June 10




Retro Metal Tin Sign,Camping and Bigfoot I Party with Sasquatch Home Bar Shop Decorations Coffee Vintage Sign Gift 6x8 inch

Sold by: 尔梦贸易

Supplied by: Other

$6.96

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 006 Sublime rispetto

5/8/26, 8:48 AM Amazon.com: Camping and Big-foot I Party with Sasquatch Signs Home Bar Pub Garage Decor Gifts Wall Decor Tin Sign 8x12 Inch ...

amazon Deliver to O Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Prime Video | Amazon Basics | Groceries | Buy Again | Keep Shopping For | LIVE NOW

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

## Camping and Big-foot I Party with Sasquatch Signs Home Bar Pub Garage Decor Gifts Wall Decor Tin Sign 8x12 Inch

Brand: Wuewqoyct
Search this page

$7.99

Thank you for being an Amazon customer. Get a $50 Amazon Gift Card upon approval for Amazon Visa.

- Size:Vintage Tin Sign home decorations measure 8x12 inch , 4x16 inch, 8x8 inch
- High Quality: The tin sign is made of high quality heavy duty aluminanMetal, not cheap plastic Rustproof, waterproof and weather-resist. They are digitally printed on high quality.
- Home Decor: TheseMetal sign make the perfect gift for any man cave, office, basement, garage, college dorm, kids bedroom, game room, bar, pub, tavern or countless other places where can be seen at indoor & outdoor
- Waterproof:Metal signs are waterproof, easy to wipe, can still maintain bright colors in the wind and sun, and not easy to scratch, suitable for a variety of environments
- Quality Service: If You Have Any Questions, Please Feel Free To Contact Us And We Will Be Happy To Serve You.

› See more product details

Report an issue with this product or seller

Shop MacBook Neo starting at $599
MacBook Neo Shop now

$7.99 Price history
$4.98 delivery May 19 - 29. Details
Deliver to O - Chicago 60604
Only 10 left in stock - order soon.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller Sublime rispetto
Returns 30-day refund/replacement
Payment Secure transaction
See more
Add to Auto Buy
Add to List

Overstock deals on Decorative Signs & Plaques Explore more in Outlet Page 1 of 10

5/8/26, 8:49 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

Special Offer
**O, we're giving you Prime free for 30 days** Try Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Cancel anytime.

**Arriving May 19, 2026 - May 29, 2026**

Camping and Big-foot I Party with Sasquatch Signs Home Bar Pub Garage Decor Gifts Wall Decor Tin Sign 8x12 Inch
$7.99
Ships from Sublime rispetto
Sold by Sublime rispetto
1
Gift options not available

Tuesday, May 19 - Friday, May 29
$4.98 - Delivery

Place your order **Order total: $13.79**

Congratulations O, you are eligible for 30 days of Prime for $0!
Try Prime free

By placing ... conditions
Items:
Shipping &
Estimated
Order

# VA 2-476-737



# Order Summary

Order placed May 8, 2026 | Order # 113-9613303-9479416

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $7.99 |
| Shipping & Handling: | $4.98 |
| Total before tax: | $12.97 |
| Estimated tax to be collected: | $0.82 |
| **Grand Total:** | **$13.79** |

## Arriving May 20 - June 1




Camping and Big-foot I Party with Sasquatch Signs Home Bar Pub Garage Decor Gifts Wall Decor Tin Sign 8x12 Inch

Sold by: Sublime rispetto

Supplied by: Other

$7.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

## 007 ankangzeyoujianzhugongchengyouxiangongsi

4/13/26, 12:56 PM Amazon.com: Camping And Bigfoot I Party With Sasquatch-Funny Poster Signs Wall Art For Home Man Cave Office Decor 8x12in…




4/13/26, 12:57 PM Place Your Order - Amazon Checkout




**VA 2-476-737**



# Order Summary

Order placed May 8, 2026 | Order # 114-7302946-0321861

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.98 |
| Shipping & Handling: | $5.98 |
| Total before tax: | $15.96 |
| Estimated tax to be collected: | $1.02 |
| **Grand Total:** | **$16.98** |

## Arriving May 18




Camping And Bigfoot I Party With Sasquatch-Funny Poster Signs Wall Art For Home Man Cave Office Decor 8x12inch

Sold by: ankangzeyoujianzhugongchengyouxiangongsi

Supplied by: Other

$9.98

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

## 008 LiuXiaoYan-SHOP

5/8/26, 10:54 AM Amazon.com: Camping And Bigfoot I Party With Sasquatch Vintage Metal Sign，Poster Home Wall Decor, For Bedroom, Living Ro...

amazon Deliver to O Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Prime Video | Amazon Basics | Groceries | Buy Again | Keep Shopping For | LIVE NOW

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Camping And Bigfoot I Party With Sasquatch Vintage Metal Sign，Poster Home Wall Decor, For Bedroom, Living Room, Bar, Restaurants,Etc.，Plaque12 X 8 Inch

Brand: NOPLKL

Search this page

$9.99

Thank you for being an Amazon customer. Get a $50 Amazon Gift Card upon approval for Amazon Visa.

- Premium Aluminum Material: Crafted from high-quality 0.04 inch thick aluminum, this metal sign is lightweight yet sturdy, rust-resistant, and built to withstand indoor and outdoor elements like rain, sun, and humidity for long-lasting use.
- Vibrant Design: Features a stunning, high-definition print with vivid colors and sharp details that capture the charm, adding a modern or vintage touch to any space.
- Perfect 8x12 Inch Size: ideal dimensions for easy placement—fits perfectly on walls, doors, or shelves in living rooms, bedrooms, offices, garages, cafes, or man caves without overwhelming your decor.
- Easy to Install: Comes with pre-drilled holes in each corner for quick and hassle-free mounting; simply use nails, screws, or hooks (not included) to hang it wherever you want in minutes.
- Versatile Decor & Gift Idea: Great for adding personality to your home or business, and makes a unique gift for city lovers, decor enthusiasts, friends, or family for birthdays, housewarmings, or holidays.

See more product details

Report an issue with this product or seller

Shop MacBook Neo starting at $599
MacBook Neo Shop now

$9.99 Price history

$5.79 delivery Thursday, May 14. Details

Deliver to O - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller LiuXiaoYan-SHOP

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to Auto Buy

Add to List

5/8/26, 10:55 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

Special Offer
**O, we're giving you Prime free for 30 days** Try Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Cancel anytime.

**Arriving May 14, 2026**



Camping And Bigfoot I Party With Sasquatch Vintage Metal Sign，Poster Home Wall Decor, For Bedroom, Living Room, Bar, Restaurants,Etc.，Plaque12 X 8 Inch
$9.99
Ships from LiuXiaoYan-SHOP
Sold by LiuXiaoYan-SHOP

1

Gift options not available

Thursday, May 14
$5.79 - Delivery

Congratulations O, you are eligible for 30 days of Prime for $0!
Try Prime free

By placing ... conditions
Items:
Shipping ...
Estimated ...
Order ...

## VA 2-476-737



# Order Summary

Order placed May 8, 2026 | Order # 113-3405624-9555435

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.99 |
| Shipping & Handling: | $5.79 |
| Total before tax: | $15.78 |
| Estimated tax to be collected: | $1.02 |
| **Grand Total:** | **$16.80** |

## Arriving Friday



Camping And Bigfoot I Party With Sasquatch Vintage Metal Sign， Poster Home Wall Decor, For Bedroom, Living Room, Bar, Restaurants,Etc.， Plaque12 X 8 Inch

Sold by: LiuXiaoYan-SHOP

Supplied by: Other

$9.99

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

009 RainDewDepot

5/12/26, 5:13 PM Amazon.com: Vintage metal sign "Party with Sasquatch: Fun Camping Adventure Decorative Sign - Aluminum Wall Art for Outdoor ...



Vintage metal sign "Party with Sasquatch: Fun Camping Adventure Decorative Sign - Aluminum Wall Art for Outdoor Enthusiasts (12x8inch)"

Brand: XMXFC

$9.99

Thank you for being an Amazon customer. Get a $50 Amazon Gift Card upon approval for Amazon Visa.

| | |
|---|---|
| Color | colorful |
| Brand | XMXFC |
| Material | Aluminum, Metal |
| Mounting Type | Wall Mount |
| Product Dimensions | 11.7"L x 7.7"W |

About this item

- Anti-Deformation Aluminum: 12x8-inch sign made of thickened aluminum—resists rust, corrosion, bending, and warping (even in outdoor temps or bumps). Stays flat longer than thin metal options.
- Precision Pre-Drilled Holes: Evenly spaced holes at corners for balanced hanging. Prevents tilting/sagging, works with standard hardware (anchors, chains) for secure installation.
- 12x8-Inch: Decor-Friendly Size: Eye-catching from a distance (great for outdoor use) but compact enough to mix with other decor—no cluttering spaces.
- Safe Edges & Multi-Style Fit: Smooth, burr-free edges (safe to handle). Sleek base blends with rustic, industrial, modern, or farmhouse decor.
- All-Weather & Fade-Resistant: Withstands rain, snow, UV, and humidity (indoor/outdoor use). Ink adheres tightly—colors won't peel or fade.

$9.99 In Stock Quantity: 1 Add to cart Buy Now

Ships from / Sold by RainDewDepot

Products related to this item

Page 1 of 67

5/12/26, 5:15 PM Place Your Order - Amazon Checkout



Secure checkout

Delivering to O O

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Paying with Mastercard [redacted]

Use a gift card, voucher, or promo code

Special Offer

O, we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Arriving May 18, 2026 - May 20, 2026

Vintage metal sign "Party with Sasquatch: Fun Camping Adventure Decorative Sign - Aluminum Wall Art for Outdoor Enthusiasts (12x8inch)"

$9.99

Ships from RainDewDepot

Sold by RainDewDepot

Monday, May 18 - Wednesday, May 20

$6.99 Delivery

Gift options not available

Order total: $18.00

Congratulations O, you are eligible for 30 days of Prime for $0!

VA 2-476-737



# Order Summary

Order placed May 12, 2026 | Order # 114-7712318-4005011

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.99 |
| Shipping & Handling: | $6.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $1.02 |
| **Grand Total:** | **$18.00** |

## Arriving May 18 - May 20




Vintage metal sign "Party with Sasquatch: Fun Camping Adventure Decorative Sign - Aluminum Wall Art for Outdoor Enthusiasts (12x8inch)"

Sold by: RainDewDepot

Supplied by: Other

$9.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 010 funartdecor

3/31/26, 3:05 PM Amazon.com: Pzecaru German Shepherd Coffee Diamond Painting Kits for Adults,German Shepherd 5D Diamond Art Kits for Adult…

amazon | Deliver to oO Chicago 60604 | Arts, Crafts & Sewing | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Big Spring Sale | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Music | Books | Audible | Household, Health & Baby Care | Pet Supplies

Arts, Crafts & Sewing | Best Sellers | Projects & Inspiration | Fabric | Art Supplies | Sewing | Scrapbooking | Craft Supplies | Knitting & Crochet | Jewelry-Making | Storage & Organization

Save on new refurbished releases

Consider these alternative items

- Diamond Art Painting Kits for Adults,Colorful Animals Great Dane Dog (1) 5D Diamond Art Kits for Beginner DIY Diamond Dots Crystal Craft Kits… 5.0 1 $11.75
- Diamond Art Painting Kits for Adults,Colorful Animals Great Dane Dog (2) 5D Diamond Art Kits for Beginner DIY Diamond Dots Crystal Craft Kits… 5.0 4 $9.98
- JXAVAXDE Adult 5D Diamond Painting Kit, Hello, Puppy for Beginners, DIY Painting Great Dane Round Full Diamond, Cute Animals Gemstone Ar… 5.0 1 $19.00

Arts, Crafts & Sewing › Crafting › Mosaic Making › Diamond Painting Kits & Accessories › Diamond Painting Kits




Pzecaru German Shepherd Coffee Diamond Painting Kits for Adults,German Shepherd 5D Diamond Art Kits for Adults Beginners Coffee Full Drill Diamond Gem Art for Home Decor 20X24 Inch

Brand: Pzecaru
Search this page

$24.90

Color: German Shepherd Coffee*7

$24.90 | 1 option from $24.90 | 1 option from $24.90 | 1 option from $24.90

Size: 20 X 24 Inch

8 X 12 Inch | 12 X 12 Inch | 12 X 16 Inch | 12 X 18 Inch | 16 X 16 Inch | 16 X 20 Inch | 16 X 24 Inch | 18 X 25 Inch | 20 X 20 Inch | 20 X 24 Inch

Brand Pzecaru

$24.90 Price history
$10.10 delivery April 24 - May 5. Details
Deliver to oO - Chicago 60604
In Stock
Quantity: 1
Add to cart
Buy Now
Shipper / Seller funartdecor
Returns 30-day refund/replacement
Payment Secure transaction
See more
Add to Auto Buy
Add to List

3/31/26, 3:05 PM Place Your Order - Amazon Checkout

amazon | Secure checkout | Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method

Special Offer
[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime

**Arriving Apr 24, 2026 - May 5, 2026**

Pzecaru German Shepherd Coffee Diamond Painting Kits for Adults,German Shepherd 5D Diamond Art Kits for Adults Beginners Coffee Full Drill Diamond Gem Art for Home Decor 20X24 Inch
**$24.90**
Ships from funartdecor
Sold by funartdecor
Disclaimers
1
Gift options not available

Friday, Apr 24 - Tuesday, May 5
$10.10 - Delivery

Congratulations [redacted] you are eligible for

Place your order | **Order total: $37.55**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**VA 2-476-763**



# Order Summary

Order placed May 8, 2026 | Order # 113-2371000-1058629

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $24.90 |
| Shipping & Handling: | $10.10 |
| Total before tax: | $35.00 |
| Estimated tax to be collected: | $2.55 |
| **Grand Total:** | **$37.55** |

## Arriving May 21 - June 2



Pzecaru German Shepherd Coffee Diamond Painting Kits for Adults,German Shepherd 5D Diamond Art Kits for Adults Beginners Coffee Full Drill Diamond Gem Art for Home Decor 20X24 Inch

Sold by: funartdecor

Supplied by: Other

$24.90

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 011 zhihailong323

3/31/26, 4:34 PM Amazon.com: German Shepherd Achtung Kaffee Be Alert Vintage Metal Tin Sign 8x12 Inch Retro Wall Decor For Bathroom Restau...

amazon Deliver to oO Chicago 60604 | All | FJQWKLF+Retroan+Shepherd+Metal+Tin+Sign+Achtung+Kaffee+Be+Alert+As+Aan+Shepherd+Metal+Sign | EN | Hello, Account & Lists | Returns & Orders | Cart

Prime members save up to 80% on meds | amazon pharmacy

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

## German Shepherd Achtung Kaffee Be Alert Vintage Metal Tin Sign 8x12 Inch Retro Wall Decor For Bathroom Restaurant Farm Bedroom Cafe School Wall Plaque

Brand: Generic
Search this page

$6.99

Get $10 off instantly: Pay $0.00 $6.99 upon approval for the Amazon Store Card. No annual fee

Size: 8x12 inch
6x8 inch | 8x12 inch | 12x16 inch

Color: tin sign 005
$6.99 | $6.99 | $6.99 | $6.99 | $6.99 | $6.99
$6.99 | $6.99 | $6.99 | $6.99

| | |
|---|---|
| Color | tin sign 005 |
| Brand | Generic |
| Product Dimensions | 12"L x 8"W |
| Shape | Rectangular |
| Item Weight | 4.8 ounces |

### About this item

- Dimensions: This tin sign is available in a variety of sizes: 6x8 inches (15x20 cm), 8x12 inches (20x30 cm), and 12x16 inches (30x40 cm).
- High Quality: We utilize premium metal materials to craft our signs. The edges feature a folded-over hem design, ensuring safety and preventing accidental cuts.
- Easy Installation: Equipped with pre-drilled holes and a sturdy metal frame, the sign can be effortlessly hung on walls, doors, or any flat surface. Its lightweight design also makes it easy to move and reposition.

$6.99 Price history
$5.98 delivery April 13 - 22. Details
Or fastest delivery April 7 - 9. Details
Deliver to oO - Chicago 60604
Only 10 left in stock - order soon.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller zhihailong323
Returns 30-day refund/replacement
Payment Secure transaction
See more
Add to Auto Buy
Add to List

3/31/26, 4:35 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving Apr 13, 2026 - Apr 22, 2026**

German Shepherd Achtung Kaffee Be Alert Vintage Metal Tin Sign 8x12 Inch Retro Wall Decor For Bathroom Restaurant Farm Bedroom Cafe School Wall Plaque
$6.99
Ships from zhihailong323
Sold by zhihailong323
1
Gift options not available

◉ Monday, Apr 13 - Wednesday, Apr 22
$5.98 - Delivery
○ Tuesday, Apr 7 - Thursday, Apr 9
$11.98 - Delivery

Place your order | **Order total: $13.69**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us.
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

# VA 2-476-763



# Order Summary

Order placed May 8, 2026 | Order # 113-4472457-5121845

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.99 |
| Shipping & Handling: | $3.98 |
| Total before tax: | $10.97 |
| Estimated tax to be collected: | $0.72 |
| **Grand Total:** | **$11.69** |

## Arriving May 20 - May 28



German Shepherd Achtung Kaffee Be Alert Vintage Metal Tin Sign 8x12 Inch Retro Wall Decor For Bathroom Restaurant Farm Bedroom Cafe School Wall Plaque

Sold by: zhihailong323

Supplied by: Other

$6.99

Back to top

amazon

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

012 GlowArt & Diamond







VA 2-476-763



# Order Summary

Order placed May 8, 2026 | Order # 113-5303022-4731445

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $1.99 |
| Shipping & Handling: | $8.00 |
| Total before tax: | $9.99 |
| Estimated tax to be collected: | $0.20 |
| **Grand Total:** | **$10.19** |

## Arriving May 20 - June 1



UOAIUDT Coffee Bar Diamond Painting Kits for Adults-German Shepherd Dog Coffee Co Diamond Art,Gem Painting Crafts Home Wall Decor 8x12 Inch

Sold by: GlowArt & Diamond

Supplied by: Other

$1.99

Back to top

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

## 013 LISANQUN

3/31/26, 4:30 PM Amazon.com: German Shepherd Jigsaw Puzzles 1000 Piece for Adults - German Shepherd Dog Coffee Co Coffee Bar Sign Wood...

amazon Deliver to oO Chicago 60604 | Toys & Games | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Big Spring Sale | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Music | Books | Audible | Household, Health & Baby Care | Pet Supplies

Toys & Games | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

amazon renewed Save on pre-loved smartphones

Toys & Games › Puzzles › Jigsaw Puzzles




Click to see full view

German Shepherd Jigsaw Puzzles 1000 Piece for Adults - German Shepherd Dog Coffee Co Coffee Bar Sign Wooden Puzzle Fun Games Stress Relief Toys for Home Decor Living Room Decor

Brand: Sroaung

Search this page

$23.00

Get $10 off instantly: Pay $13.00 ~~$23.00~~ upon approval for the Amazon Store Card. No annual fee.

Color: German Shepherd Dog Coffee*17

$25.00 | $23.00 | $23.00 | $23.00 | $23.00

Size: 1000 Pieces

35 Pieces | 120 Pieces | 500 Pieces | 1000 Pieces

- Specifics: Includes 1000 Extra Large Puzzle Pieces Made Of High Quality Natural Wood Board.The Completed Puzzle Measures 70x50 cm(Approximately 27.6x19.7 inch)
- Material: Using Premium Quality Wooden Materials.It is Environmentally and Has No Peculiar Smell.Delicate Printing, the Puzzle Pieces Are Sturdy, Cut Cleanly.
- Family Interactive Game - Are You Looking For A Chance To Have More Communication With Family Members?Try This Home Interactive Challenging Jigsaw Puzzle Game Which Can Bring Everyone More Closer.Enjoy Your Leisure Time With Families And Friends
- Challenge & Decor: The Artistic Puzzles For Adults Are Challenging Games,Which Can Improve Memory And Cultivate Thinking Ability.The Painting Jigsaw Puzzles Can Be Admired By Your Family For Years.If You Frame The Fine Art Puzzle As Art Wall Decor

$23.00 Price history

$11 delivery April 14 - 23. Details

Arrives after Easter.

Deliver to oO - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller LISANQUN

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to Auto Buy

Add to List



Great Jigsaw Puzzles for...

4.5 39

3/31/26, 4:32 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

**Arriving Apr 14, 2026 - Apr 23, 2026**



German Shepherd Jigsaw Puzzles 1000 Piece for Adults - German Shepherd Dog Coffee Co Coffee Bar Sign Wooden Puzzle Fun Games Stress Relief Toys for Home Decor Living Room Decor

**$23.00**

Ships from LISANQUN

Sold by LISANQUN

Disclaimers

1

Gift options not available

Tuesday, Apr 14 - Thursday, Apr 23

$11.00 - Delivery

Congratulations [redacted] you are eligible for

Place your order

**Order total: $36.36**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**VA 2-476-763**



# Order Summary

Order placed May 8, 2026 | Order # 113-0813684-7465063

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $23.00 |
| Shipping & Handling: | $11.00 |
| Total before tax: | $34.00 |
| Estimated tax to be collected: | $2.36 |
| **Grand Total:** | **$36.36** |

## Arriving May 21 - June 2



German Shepherd Jigsaw Puzzles 1000 Piece for Adults - German Shepherd Dog Coffee Co Coffee Bar Sign Wooden Puzzle Fun Games Stress Relief Toys for Home Decor Living Room Decor

Sold by: LISANQUN

Supplied by: Other

$23.00

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

014 新乐繁星文化传媒









# Order Summary

Order placed May 12, 2026 | Order # 114-1088195-7419437

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $8.99 |
| Shipping & Handling: | $4.18 |
| Total before tax: | $13.17 |
| Estimated tax to be collected: | $0.92 |
| **Grand Total:** | **$14.09** |

## Arriving May 22 - June 1



German Shepherd Achtung Kaffee Be Alert Vintage Metal Tin Sign 8x12 Inch Retro Wall Decor For Bathroom Restaurant Farm Bedroom Cafe School Wall Plaque

Sold by: 新乐繁星文化传媒

Supplied by: Other

$8.99

Back to top

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

## 015 FengWuWenHuaChuanMei

5/8/26, 12:53 PM Amazon.com: Shepherd Coffee Co Be Alert As A German Dog Poster Metal Tin Signage Family Cafe Sign Man Cave The Gift For F…

amazon Deliver to O Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Prime Video | Amazon Basics | Groceries | Buy Again | Keep Shopping For | Today's Deals | Best Sellers | Kindle Books

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



### Shepherd Coffee Co Be Alert As A German Dog Poster Metal Tin Signage Family Cafe Sign Man Cave The Gift For Friends Entertainment 7.9x5.9 Inch

Brand: Generic
Search this page

$5.66

Thank you for being an Amazon customer. Get a $50 Amazon Gift Card upon approval for Amazon Visa.

| | |
|---|---|
| **Color** | tin sign021 |
| **Brand** | Generic |
| **Product Dimensions** | 8"L x 6"W |

**About this item**

- DECORATION: Our metal signs add a touch of glamor to any occasion. The natural form creates a warm and inviting atmosphere, making it the perfect addition to your home.
- Material and Size: Approximately 5.9*7.9 inches, Each tin sign is made of natural aluminum for durability.
- Instructions For Use: The Metal Desk Sign Has A Free-Standing Design, Allowing You To Easily Hang It On Any Surface And Can Be Easily Installed With Screws.
- Application: Valentine's Day tin signs are not only suitable for work spaces, but can also be used as home decoration. It adds a warm and welcoming feel to your loved one's bedroom, living room, bedroom or any other space where you want to inject positivity and style.
- Perfect Gift: Our Metal Desk Decorations Make A Thoughtful And Meaningful Gift For A Coworker, Friend, Or Loved One. Whether It's Christmas, Thanksgiving, Birthdays, Anniversaries, Valentine's Day, Long Distance Friendships, Graduations, Housewarmings, Promotions Or Other Special Occasions, This Is A Gift That Combines Style And Inspiration.

› See more product details

$5.66 Price history

$4.97 delivery **May 19 - 29.** Details

Deliver to O - Chicago 60604

**Only 3 left in stock - order soon.**

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | FengWuWenHuaChuanMei |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to Auto Buy

Add to List

5/8/26, 12:54 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

Special Offer
**O, we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving May 19, 2026 - May 29, 2026**



Shepherd Coffee Co Be Alert As A German Dog Poster Metal Tin Signage Family Cafe Sign Man Cave The Gift For Friends Entertainment 7.9x5.9 Inch
**$5.66**
Ships from FengWuWenHuaChuanMei
Sold by FengWuWenHuaChuanMei

1

Gift options not available

Tuesday, May 19 - Friday, May 29
$4.97 - Delivery

Order total: $11.21

## VA 2-476-763



# Order Summary

Order placed May 8, 2026 | Order # 113-5767667-1333809

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $5.66 |
| Shipping & Handling: | $4.97 |
| Total before tax: | $10.63 |
| Estimated tax to be collected: | $0.58 |
| **Grand Total:** | **$11.21** |

## Arriving May 20 - June 1




Shepherd Coffee Co Be Alert As A German Dog Poster Metal Tin Signage Family Cafe Sign Man Cave The Gift For Friends Entertainment 7.9x5.9 Inch

Sold by: FengWuWenHuaChuanMei

Supplied by: Other

$5.66

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

## 016 ZhaoXuanJianZhuL

4/6/26, 8:43 PM Amazon.com: Shepherd Coffee Co Be Alert As A German Dog Poster Metal Tin Signage Family Cafe Sign Man Cave The Gift For Fri…

amazon Deliver to oO Chicago 60604 | Shepherd Coffee Co Be Alert As A German Dog Poster Metal Tin Signage Family Cafe Sign Man Cave The Gift For Friends Entert | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | 5 Hour Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Music | Audible | Household, Health & Baby Care | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Find products with sustainability features

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

### Shepherd Coffee Co Be Alert As A German Dog Poster Metal Tin Signage Family Cafe Sign Man Cave The Gift For Friends Entertainment 8x6 Inch

Brand: SHUTREW

Search this page

$4.89

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

| | |
|---|---|
| Color | Tin 1 |
| Brand | SHUTREW |
| Shape | Rectangular |

**About this item**

- SIZE: 6x8 Inch or 8x12 Inch metal sign.
- HIGH QUALITY, LONG LASTING: The tin signs use the special first-class material which is made from 100% rust free strong aluminum so that it will not easily bent or fading in our daily life in spite of indoor or outdoor using.
- CAREFUL PACKAGE: All of our products arrived in a exquisite package that ensured it wouldn't get bent, and it is a good choice for your home decoration or as a gift to your family or friends.
- EASY TO INSTALL: Pre-drilled holes for easy hanging, it can be mounted with double-sided foam tape,command strips or nails. No need for adhesive or special equipment.The tin sign you can add it to anywhere you like.
- UNIQUE GIFTS: This is a fun sign for friends and lovers, and it is guaranteed that everyone will smile.

› See more product details

Report an issue with this product or seller

$4.89 Price history

$5.28 delivery April 14 - 21. Details

Deliver to oO - Chicago 60604

Only 9 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | ZhaoXuanJianZhuL |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to Auto Buy

Add to List

Based on your recent views Sponsored

Page 1 of 6

4/6/26, 8:44 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

**Arriving Apr 14, 2026 - Apr 21, 2026**



Shepherd Coffee Co Be Alert As A German Dog Poster Metal Tin Signage Family Cafe Sign Man Cave The Gift For Friends Entertainment 8x6 Inch

$4.89

Ships from ZhaoXuanJianZhuL

Sold by ZhaoXuanJianZhuL

1

Gift options not available

Tuesday, Apr 14 - Tuesday, Apr 21

$5.28 - Delivery

Place your order

**Order total: $10.67**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations [redacted] you are eligible for

# VA 2-476-763



# Order Summary

Order placed May 8, 2026 | Order # 114-9602119-8105044

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $4.89 |
| Shipping & Handling: | $5.29 |
| Total before tax: | $10.18 |
| Estimated tax to be collected: | $0.50 |
| **Grand Total:** | **$10.68** |

## Arriving May 18 - May 26




Shepherd Coffee Co Be Alert As A German Dog Poster Metal Tin Signage Family Cafe Sign Man Cave The Gift For Friends Entertainment 8x6 Inch

Sold by: ZhaoXuanJianZhuL

Supplied by: Other

$4.89

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

017 Perfectpractical

3/31/26, 3:14 PM Amazon.com: Great Key West Florida Key Lime Pie Vintage Sign Aluminum Wall Sign 812INCHES : Home & Kitchen




Great Key West Florida Key Lime Pie Vintage Sign Aluminum Wall Sign 812INCHES

-58% $4.79

| | |
|---|---|
| Color | |
| Brand | GRYD |
| Material | Aluminum |
| Theme | Vintage |
| Recommended Uses For Product | Wall decoration in various establishments such as bars, cafes, dining rooms, billiard houses, hotels, and clubs. |

About this item

- 8 inches x 12 inches
- Pre-drilled corner holes for hanging.
- Very unique, decorative, fun, improve the quality of your life.
- Wide Range of Application: bar, cafe, dining room, billiard house, hotel, club wall decoration and so on.
- If you have any question you can chat with us online as soon as possible. Of course, We will have a satisfactory reply for you.

$4.79

April 14 - 24.

In Stock

Quantity: 1

Add to cart

Buy Now

Add to Auto Buy

Add to List

Other sellers on Amazon

Frequently bought together

Total price: $28.97

Add all 3 to Cart

Deals on related products

3/31/26, 3:15 PM Place Your Order - Amazon Checkout

amazon Secure checkout

Delivering to oO

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Pickup available nearby

Change

Paying with Mastercard [redacted]

Use a gift card, voucher, or promo code

Change

Want to save time on your next order and go directly to this step when checking out?

Default to this delivery address and payment method.

Why pay for delivery?

[redacted] we're giving you Prime free for 30 days

Get eligible items Tomorrow, April 1 with ~~$9.99~~ FREE One-Day Delivery

Try Prime free for 30 days

Cancel anytime.

Arriving Apr 6, 2026

If you order in the next 21 hours and 44 minutes

Great Key West Florida Key Lime Pie Vintage Sign Aluminum Wall Sign 812INCHES

$9.99

& FREE Returns

Ships from Amazon.com

Sold by Perfectpractical

1

Add gift options

Wednesday, Apr 1

Fast, FREE Delivery

FREE One-Day Delivery with your free trial of Prime

Monday, Apr 6

$6.99 - Delivery

Tomorrow, Apr 1

$9.99 - One Day Delivery

Place your order

Order total: $18.00

By placing your order, you agree to Amazon's privacy notice and conditions of use.

VA 2-476-745



# Order Summary

Order placed May 8, 2026 | Order # 113-5827898-3301862

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $4.19 |
| Shipping & Handling: | $7.00 |
| Total before tax: | $11.19 |
| Estimated tax to be collected: | $0.43 |
| **Grand Total:** | **$11.62** |

## Arriving May 21 - May 28




Great Key West Florida Key Lime Pie Vintage Sign Aluminum Wall Sign 812INCHES
Sold by: Perfectpractical
Supplied by: Other
$4.19

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

## 018 HaiKouShiXuQing

5/8/26, 1:08 PM Amazon.com: Great Key West Florida Lime Pie Vintage Sign Aluminum Wall 86INCHES : Home & Kitchen

amazon Deliver to O Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Prime Video | Amazon Basics | Groceries | Buy Again | Keep Shopping For | Today's Deals | Best Sellers | Kindle Books

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon renewed Save on pre-loved laptops

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Great Key West Florida Lime Pie Vintage Sign Aluminum Wall 86INCHES

Brand: Generic

Search this page

$4.89

Thank you for being an Amazon customer. Get a $50 Amazon Gift Card upon approval for Amazon Visa.

Report an issue with this product or seller

Shop MacBook Neo starting at $599
MacBook Neo Shop now

$4.89 Price history

$5.29 delivery May 15 - 22. Details

Deliver to O - Chicago 60604

Only 9 left in stock - order soon.

Add to cart

Buy Now

Shipper / Seller HaiKouShiXuQing

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to Auto Buy

Add to List

Customers also viewed these products Page 1 of 5

5/8/26, 1:09 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**O, we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving May 15, 2026 - May 22, 2026**



Great Key West Florida Lime Pie Vintage Sign Aluminum Wall 86INCHES
**$4.89**
Ships from HaiKouShiXuQing
Sold by HaiKouShiXuQing

1

Gift options not available

Friday, May 15 - Friday, May 22
$5.29 - Delivery

Place your order **Order total: $10.68**

**VA 2-476-745**



# Order Summary

Order placed May 8, 2026 | Order # 113-9239453-8237804

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $4.89 |
| Shipping & Handling: | $5.38 |
| Total before tax: | $10.27 |
| Estimated tax to be collected: | $0.50 |
| **Grand Total:** | **$10.77** |

## Arriving May 18 - May 26




Great Key West Florida Lime Pie Vintage Sign Aluminum Wall 86INCHES
Sold by: HaiKouShiXuQing
Supplied by: Other
$4.89

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

019 zhangdong888

4/13/26, 12:49 PM Amazon.com: Funny Metal Wall Signs Key West Florida Lime Pie Vintage Sign Baked Fresh Daily for Restaurant Home Outdoor ...




4/13/26, 12:50 PM Place Your Order - Amazon Checkout




VA 2-476-745



# Order Summary

Order placed May 8, 2026 | Order # 113-7611192-2952209

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.89 |
| Shipping & Handling: | $5.29 |
| Total before tax: | $12.18 |
| Estimated tax to be collected: | $0.71 |
| **Grand Total:** | **$12.89** |

## Arriving May 18 - May 26



Funny Metal Wall Signs Key West Florida Lime Pie Vintage Sign Baked Fresh Daily for Restaurant Home Outdoor Street Coffee Bar Pub 8x12 inch

Sold by: zhangdong888

Supplied by: Other

$6.89

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

## 020 Meiaokfo

5/8/26, 1:01 PM Amazon.com: Great Key West Florida Key Lime Pie Vintage Sign Aluminum Wall Sign 8 x 12INCH : Home & Kitchen

amazon Deliver to O Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Prime Video | Amazon Basics | Groceries | Buy Again | Keep Shopping For | Today's Deals | Best Sellers | Kindle Books

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon renewed Save on pre-loved laptops

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Great Key West Florida Key Lime Pie Vintage Sign Aluminum Wall Sign 8 x 12INCH
Brand: XYHTJDK
Search this page

$7.99

Thank you for being an Amazon customer. Get a $50 Amazon Gift Card upon approval for Amazon Visa.

Report an issue with this product or seller

Shop MacBook Neo starting at $599
MacBook Neo Shop now

$7.99 Price history
$3.98 delivery May 19 - 29. Details
Deliver to O - Chicago 60604
Only 18 left in stock - order soon.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller Meiaokfo
Returns 30-day refund/replacement
Payment Secure transaction
See more
Add to Auto Buy
Add to List

Based on your recent shopping trends Page 1 of 2

5/8/26, 1:02 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

Special Offer
**O, we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving May 19, 2026 - May 29, 2026**



Great Key West Florida Key Lime Pie Vintage Sign Aluminum Wall Sign 8 x 12INCH
$7.99
Ships from Meiaokfo
Sold by Meiaokfo
1
Gift options not available

Tuesday, May 19 - Friday, May 29
$3.98 - Delivery

Order total: $12.79

**VA 2-476-745**



# Order Summary

Order placed May 8, 2026 | Order # 113-7836979-6925054

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $7.99 |
| Shipping & Handling: | $3.98 |
| Total before tax: | $11.97 |
| Estimated tax to be collected: | $0.82 |
| **Grand Total:** | **$12.79** |

## Arriving May 20 - May 28



Great Key West Florida Key Lime Pie Vintage Sign Aluminum Wall Sign 8 x 12INCH

Sold by: Meiaokfo

Supplied by: Other

$7.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

021 shenyangchuangqingxianshangmaoyouxiangongsi

5/12/26, 6:54 PM Amazon.com: Great Key West Florida Lime Pie Vintage Sign Aluminum Wall 8x12 Inch : Home & Kitchen




5/12/26, 6:54 PM Place Your Order - Amazon Checkout




VA 2-476-745



# Order Summary

Order placed May 12, 2026 | Order # 114-5610875-0671416

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.85 |
| Shipping & Handling: | $4.55 |
| Total before tax: | $14.40 |
| Estimated tax to be collected: | $1.01 |
| **Grand Total:** | **$15.41** |

## Arriving May 22 - June 3




Great Key West Florida Lime Pie Vintage Sign Aluminum Wall 8x12 Inch
Sold by: shenyangchuangqingxianshangmaoyouxiangongsi
Supplied by: Other
$9.85

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 022 宏拓信息科技

5/12/26, 6:58 PM Amazon.com: Great Key West Florida Key Lime Pie Vintage Sign Aluminum Wall Sign 8x12 Inch : Home & Kitchen

amazon Deliver to OO Chicago 60604 | Great+Key+West+Florida+Key+Lime+Pie+Vintage+Sign | EN | Hello, O Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Toys & Games | Automotive | New Releases | Best Sellers | Livestreams | Groceries | Keep Shopping For | Buy Again | Audible

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Great Key West Florida Key Lime Pie Vintage Sign Aluminum Wall Sign 8x12 Inch

Brand: KVOGOT

Search this page

$4.99

Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

Color: as pic7

$4.99 $4.99 $4.99 $4.99 $4.99

$4.99 $4.99 $4.99 $4.99 $4.99

Size: 8x12 Inch

8x12 Inch | 8X12 Inch

| | |
|---|---|
| Color | as pic7 |
| Brand | KVOGOT |
| Material | Aluminum |
| Theme | Art |
| Style | Retro |

About this item

- Size: 8X12 inch(20x30cm)/12x16 inch(30x40cm).
- Material: wall decorative sign is made of high quality tin metal, durable, will not be deformed, waterproof, high temperature resistant and will not fade.
- Features: Pattern design is full of creativity. The pattern design is full of creativity and very eye-catching. The most advanced printing method is used

$4.99

$2.08 delivery May 22 - June 3. Details

Deliver to OO - Chicago 60604

Only 6 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller 宏拓信息科技

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to Auto Buy

5/12/26, 7:00 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

Delivering to OO Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Paying with Visa [redacted] Change

Use a gift card, voucher, or promo code

Want to save time on your next order and go directly to this step when checking out?

Default to this delivery address and payment method.

Special Offer

O, we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

Arriving May 22, 2026 - Jun 3, 2026

Great Key West Florida Key Lime Pie Vintage Sign Aluminum Wall Sign 8x12 Inch

$4.99

Ships from 宏拓信息科技

Sold by 宏拓信息科技

Friday, May 22 - Wednesday, Jun 3

$2.08 Delivery

Gift options not available

Place your order

Order total: $7.58

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations O, you are eligible for

## VA 2-476-745



# Order Summary

Order placed May 12, 2026 | Order # 114-4322266-5061846

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $4.99 |
| Shipping & Handling: | $2.08 |
| Total before tax: | $7.07 |
| Estimated tax to be collected: | $0.51 |
| **Grand Total:** | **$7.58** |

## Arriving May 22 - June 3




Great Key West Florida Key Lime Pie Vintage Sign Aluminum Wall Sign 8x12 Inch
Sold by: 宏拓信息科技
Supplied by: Other
$4.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 023 Yuyaokun

3/31/26, 4:38 PM Amazon.com: Grand Canyon National Park Poster 2 Metal Tin Sign Poster 8x12 Inch : Home & Kitchen

amazon renewed Save on pre-loved smartphones




Click to see full view

## Grand Canyon National Park Poster 2 Metal Tin Sign Poster 8x12 Inch

Brand: Generic

$13.01

- Made from durable high-quality tin/metal material, this sign is weather-resistant, fade-resistant, and designed for long-lasting indoor and outdoor display.
- Measures 8x12 inches (20x30cm), ideal for wall decor. Features a retro/vintage-inspired design with vivid colors and classic distressed edges for a charming nostalgic look.
- Comes with pre-drilled holes in each corner for effortless hanging. Suitable for nails, zip ties, or double-sided tape, making installation quick and hassle-free.
- Perfect for home kitchen, bar, man cave, garage, coffee shop, restaurant, patio, living room, office, or as a unique gift idea for friends and family.
- An excellent gift choice for birthdays, holidays, housewarmings, or special occasions. Also a fun collectible piece for enthusiasts of vintage art, quotes, or thematic decor.

› See more product details

Report an issue with this product or seller

### Similar item with fast delivery

Vintage Metal Tin Sign Grand Canyon National Park Poster Perfect For Home Bedroom Office Cafe Wall Decoration (8x12 Inch), Multicolor
★★★★★ (5)
$11.99 prime

**Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$13.01
$5.99 delivery **April 14 - 23.** Details
In stock
Usually ships within 2 to 3 days.
Quantity: 1
Add to cart
Buy Now
Add to Auto Buy
Add to List

---

3/31/26, 4:38 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to oO**
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted]
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving Apr 14, 2026 - Apr 23, 2026**

Grand Canyon National Park Poster 2 Metal Tin Sign Poster 8x12 Inch
**$13.01**
Ships from Yuyaokun
Sold by Yuyaokun

Gift options not available

**Tuesday, Apr 14 - Thursday, Apr 23**
$5.99 - Delivery

Place your order
**Order total: $18.33**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

**VA 2-476-747**



# Order Summary

Order placed May 8, 2026 | Order # 113-0411219-0041026

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $13.01 |
| Shipping & Handling: | $3.99 |
| Total before tax: | $17.00 |
| Estimated tax to be collected: | $1.33 |
| **Grand Total:** | **$18.33** |

## Arriving May 22 - June 1




Grand Canyon National Park Poster 2 Metal Tin Sign Poster 8x12 Inch

Sold by: Yuyaokun

Supplied by: Other

$13.01

Back to top

amazon

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

024 hejian888

5/8/26, 1:17 PM Amazon.com: Tin Sign Grand Canyon National Park Wall Decoration Bar Kitchen Garage Home Decor Metal 8"x12" : Home & Kitchen

amazon Deliver to O Chicago 60604 | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Prime Video | Amazon Basics | Groceries | Buy Again | Keep Shopping For | Today's Deals | Best Sellers | Kindle Books

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon renewed Save on pre-loved laptops

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Tin Sign Grand Canyon National Park Wall Decoration Bar Kitchen Garage Home Decor Metal 8"x12"

Brand: WXXsdw

Search this page

$7.96

Thank you for being an Amazon customer. Get a $50 Amazon Gift Card upon approval for Amazon Visa.

Color: TS06

$7.96 | $7.96 | $7.96 | $7.96 | $7.96 | $7.96 | $7.96 | $7.96 | $7.96

Size: 8"X12"

| | |
|---|---|
| Color | TS06 |
| Brand | WXXsdw |
| Product Dimensions | 8"L x 12"W |
| Shape | Rectangular |
| Item Weight | 4.32 ounces |

About this item

- Suitable Size: The tin sign size is 6x8/8x12/12x16 inches. Four pre-drilled screw holes are easy to hang, and you can attach the tin sign to the wall with nails or double-sided tape. It's safe and easy to hang, saving you a lot of time. If there is dirt, just wipe with water, no need to worry about cleaning.
- High Quality Material: Made from high-quality aluminum material, this tin

$7.96 Price history

$3.99 delivery May 19 - 29. Details

Deliver to O - Chicago 60604

Only 6 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller hejian888

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to Auto Buy

Add to List

5/8/26, 1:18 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

Delivering to O O Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Paying with Mastercard [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

O, we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

Arriving May 19, 2026 - May 29, 2026



Tin Sign Grand Canyon National Park Wall Decoration Bar Kitchen Garage Home Decor Metal 8"x12"

$7.96

Ships from hejian888

Sold by hejian888

1

Gift options not available

Tuesday, May 19 - Friday, May 29

$3.99 - Delivery

Place your order

Order total: $12.77

Congratulations O, you are eligible for 30 days of Prime for $0!

VA 2-476-747



# Order Summary

Order placed May 8, 2026 | Order # 113-9608979-8907404

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $7.96 |
| Shipping & Handling: | $3.99 |
| Total before tax: | $11.95 |
| Estimated tax to be collected: | $0.82 |
| **Grand Total:** | **$12.77** |

## Arriving May 20 - June 1



Tin Sign Grand Canyon National Park Wall Decoration Bar Kitchen Garage Home Decor Metal 8"x12"

Sold by: hejian888

Supplied by: Other

$7.96

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

025 cyl330

3/31/26, 4:05 PM Amazon.com: Retro Metal Tin Sign Mermaid Drink Funny Poster Cafe Bar Kitchen Bathroom Home Art Wall Decoration Plaque: Po…




3/31/26, 4:06 PM Place Your Order - Amazon Checkout




VA 2-476-738



# Order Summary

Order placed May 8, 2026 | Order # 113-9286635-8646609

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $14.99 |
| Shipping & Handling: | $10.96 |
| Total before tax: | $25.95 |
| Estimated tax to be collected: | $1.54 |
| **Grand Total:** | **$27.49** |

## Arriving May 20 - May 29




Retro Metal Tin Sign Mermaid Drink Funny Poster Cafe Bar Kitchen Bathroom Home Art Wall Decoration Plaque

Sold by: cyl330

Supplied by: Other

$14.99

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 026 jianlongzhang

31/03/2026, 19:53 Shepherd Coffee Co Be Alert As A German Shepherd Dog Poster Metal Tin Signage Family Cafe Sign Man Cave The Gift For Frie...




Shepherd Coffee Co Be Alert As A German Shepherd Dog Poster Metal Tin Signage Family Cafe Sign Man Cave The Gift For Friends Family Entertainment Sign 8x12 Inch

$13.89

Buy now

Add to cart

Key item features

Specs

Popular items in this category

31/03/2026, 19:54 Review your order - Walmart.com

1. Free shipping, arrives between Fri, Apr 10–Wed, Apr 15

[redacted] Edit

111 Jackson Blvd, CHICAGO IL 60604-3589, Chicago, IL 60604

Delivery instructions

Gate codes or other useful information Edit

House

Items details Hide details

Arrives between Fri, Apr 10 — Wed, Apr 15 1 item

Sold and shipped by jianlongzhang

Free shipping

Shepherd Coffee Co Be Alert As A German Shepherd Dog Poster Metal Tin Signage Family Cafe Sign Ma...

$13.89

Remove − 1 +

2. Payment method

Subtotal (1 item) $13.89

Shipping

Estimated

Estima

Have a pro

VA 2-476-763



Search everything at Walmart online and in store

0
$0.00

My account / Purchase history / **Order details**

5

**May 12, 2026 order** | Order# 2000147-09097714

Print invoice

Delivery

**Arrives between Fri, May 22 - Wed, May 27**

Sold and shipped by jianlongzhang

Placed — Preparing — On the way — Delivered

**1 item**




Shepherd Coffee Co Be Alert As A German Shepherd Dog Poster Metal Tin Signage... **$13.89**

Qty 1

Contact seller to ask about your order

## Need to make a change?

You won't be able to make changes when your shipment starts being prepared.

Edit payment method

Contact seller

Change delivery address

Cancel delivery

Need more help? Visit our help center.

Delivery

## Address

[redacted]

111 W Jackson Blvd, 15th floor,
Chicago, IL 60604

## Delivery instructions

Apartment

We'll leave your order at the door

## Payment method

VISA **Ending in** [redacted]

| | |
|---|---|
| **Subtotal** | **$13.89** |
| Tax | $1.42 |
| **Total** | **$15.31** |

**Charge history**
Your transaction activity for this order

Order# 2000147-09097714

Cancel order

027 shuquan liu

31/03/2026, 20:00 Great Key West Florida Key Lime Pie Vintage Sign Aluminum Wall Sign 812INCHES - Walmart.com




31/03/2026, 20:01 Review your order - Walmart.com

1. Free shipping, arrives between Thu, Apr 9–Mon, Apr 13

[redacted] Edit

111 Jackson Blvd, CHICAGO IL 60604-3589, Chicago, IL 60604

Delivery instructions

Gate codes or other useful information Edit

House

Items details Hide details

Arrives between Thu, Apr 9 — Mon, Apr 13 1 item

Sold and shipped by shuquan liu

Free shipping

Great Key West Florida Key Lime Pie Vintage Sign Aluminum Wall Sign 812INCHES

$13.89

Remove − 1 +

2. Payment method

Subtot
Shipping
Estimat
Estin
Have a

VA 2-476-745



Search everything at Walmart online and in store

$0.00

My account / Purchase history / **Order details**

**May 12, 2026 order** | Order# 2000146-70162474

Print invoice

Delivery

**Arrives between Fri, May 15 - Thu, May 21**

Sold and shipped by shuquan liu

Placed — Preparing — On the way — Delivered

**1 item**




Great Key West Florida Key Lime Pie Vintage Sign Aluminum Wall Sign 812INCHES — **$13.89**

Qty 1

Contact seller to ask about your order

## Need to make a change?

You won't be able to make changes when your shipment starts being prepared.

- Edit payment method
- Contact seller
- Change delivery address
- Cancel delivery
- Need more help? Visit our help center.

Delivery

## Address

[redacted]

111 W Jackson Blvd, 15th floor,
Chicago, IL 60604

## Delivery instructions

Apartment

We'll leave your order at the door

## Payment method

VISA **Ending in** [redacted]

| | |
|---|---|
| **Subtotal** | **$13.89** |
| Tax | $1.42 |
| **Total** | **$15.31** |

**Charge history**
Your transaction activity for this order

Order# 2000146-70162474

Cancel order