**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LANTERN PRESS, LLC.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-13164

Judge Virginia M. Kendall

Magistrate Judge Jeannice W. Appenteng

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Tuesday, November 24, 2026, at 9:30 a.m., Plaintiff, by Plaintiff's counsel, shall appear in person before the Honorable Judge Virginia M. Kendall of the U.S. District Court for the Northern District of Illinois and present Plaintiff's *Ex Parte* Motion for Leave to Conduct Expedited Discovery.

DATED: November 18, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***